# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRIAN LEE WALKER**                                               **PLAINTIFF**

**VS.**                    **CASE NO. 4:18CV00268 JM**

**PAIGE PAMRANKER,**
**BLAKE KEENER, et al.**                                       **DEFENDANTS**

## FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Brian Lee Walker ("Walker") filed this lawsuit on April 20, 2018. In his complaint, he alleges that the defendants, who are employees of Independence County, Arkansas, violated his civil rights by failing to maintain sanitary conditions

in the Independence County Detention Facility in October 2017. Specifically, Walker contends the defendants were unresponsive after Walker's toilet flooded. Docket entry no. 2. In the Court's Order granting his motion to proceed *in forma pauperis,* Walker was notified of his duty to comply with the Federal Rules of Civil Procedure as well as the Local Rules for the Eastern District of Arkansas. Walker was specifically informed of his duty under Local Rule 5.5(c)(2) to diligently prosecute his case and to respond to any communication from the Court. This Local Rule provides for dismissal of the case when a party fails to comply with the Rule. Docket entry no. 4.

Following the filing of an amended complaint, the defendants filed an answer to the complaint in May 2019. Docket entry nos. 28 & 41. On September 9, 2019, the defendants filed a motion to compel answers to their discovery requests. Docket entry no. 46. The defendants asserted Walker had failed to respond in any way to their requests. Walker did not respond to this motion of the defendants. By Order dated October 10, 2019, the motion to compel responses was granted, and Walker was directed to respond on or before October 25. Docket entry no. 49.

Noting Walker's failure to respond, the defendants moved on November 15, 2019, to dismiss the case due to his failure to prosecute and failure to respond to the Court's Order. Docket entry no. 50. On January 7, 2020, the Court afforded Walker

a final opportunity to respond to the motion to dismiss. Docket entry no. 52. There has been no response. The pleadings referenced in this Recommendation were mailed to Walker's address of record. None were returned as undeliverable.

Under these circumstances, the Court concludes that Walker's lawsuit should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's Orders.

Therefore, the undersigned recommends that the motion to dismiss the complaint be granted and the case dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's Orders.

IT IS SO RECOMMENDED this 20th day of February, 2020.

_____
UNITED STATES MAGISTRATE JUDGE