IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRIAN LEE WALKER                                PLAINTIFF

VS.                  CASE NO. 4:18CV00268 JM

CORPORAL PAIGE PAMRANKER,
OFFICER KEENER                                DEFENDANTS

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 9th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE