# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BRIAN LEE WALKER**                                            **PLAINTIFF**

**VS.**                    **CASE NO. 4:18CV00268 JM**

**CORPORAL PAIGE PAMRANKER,**
**OFFICER KEENER**                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice. The relief sought is denied.

DATED this 9th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE